David A. Chami (No. 027585)
**PRICE LAW GROUP, APC**
1204 E Baseline Rd., Suite 102
Tempe, AZ 85283
P: 818-907-2133
F: 818-907-2122
E: david@pricelawgroup.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ROSE and ROBERT TAPIA,<br><br>       Plaintiffs,<br><br>   vs.<br><br>NATIONSTAR MORTGAGE LLC; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES LLC<br><br>       Defendants. | **Case No.: 2:15-cv-01923-DLR**<br><br><br>**NOTICE OF SETTLEMENT** |

Plaintiffs Rose and Robert Tapia and Defendant Nationstar Mortgage LLC ("Nationstar") respectfully notify the Court that Plaintiffs and Defendant Nationstar have settled all claims between them in this matter and are in the process of completing the final settlement documents. The Plaintiffs will file a Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) once the settlement is fully consummated.  The parties request that the Court retain jurisdiction for any matters

related to completing and/or enforcing the settlement. The parties also request that the Court vacate the Settlement Conference set for March 21, 2016 at 1:30 p.m. before Magistrate Judge Eileen S Willett. Nationstar is the only remaining Defendant in the above captioned matter.

    Respectfully submitted this 9th day of March, 2016,

**PRICE LAW GROUP, APC**

By: */s/ David A. Chami*
David A. Chami (No. 027585)
david@pricelawgroup.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on the 9th day of March, 2016. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

*/s/Florence Lirato*