# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rose Tapia, et al., | No. CV-15-01923-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| Nationstar Mortgage LLC, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation to Dismiss with prejudice, (Doc. 57), and good cause appearing,

**IT IS ORDERED** that all claims of Plaintiffs Rose and Robert Tapia against Defendant Nationstar Mortgage LLC are dismissed with prejudice. Plaintiffs Rose and Robert Tapia and Defendant Nationstar Mortgage LLC shall each bear their own costs and attorneys' fees.

Dated this 14th day of April, 2016.

Douglas L. Rayes
United States District Judge